UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WC Prime Investors, LLC | ) | CASE NO. 18-52904 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Worthington Georgia Holdings, LLC | ) | CASE NO. 18-52907 |
| | ) | |
| Debtor. | ) | |

**EMERGENCY MOTION FOR JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO RULE 1015 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COME NOW WC Prime Investors, LLC and Worthington Georgia Holdings, LLC, the debtors and debtors-in-possession in the above-styled Chapter 11 cases (collectively the "Debtors") and move this Court for entry of an Order to jointly administer these cases pursuant to §105. Title 11 U.S.C. and Rule 1015(b) Bankruptcy Rules of Procedure. In support hereof Debtors respectfully show this Court as follows:

1.

This Court has jurisdiction to consider this Motion pursuant to §§157, and 1334, Title 28 U.S.C. This matter is a core proceeding pursuant to §157(b), Title 28 U.S.C. Venue is proper in this district pursuant to §§1408 and 1409, Title 28 U.S.C.

2.

Each of the Debtors filed a voluntary petition for relief under the provisions of Chapter 11, Title 11 U.S.C. on February 21, 2018. Both of these cases were filed in the Bankruptcy Court for the Northern District of Georgia, Atlanta Division. Debtors continue to manage their assets and operate their businesses as debtors-in-possession, no trustee having been appointed. No Official Creditors Committee has yet been appointed in this case.

3.

WC Prime Investors, LLC ("WC Prime") and Worthington Georgia Holdings, LLC ("Worthington") are entities that own 33 condominium units and 44 condominium units, respectively, in the Worthington Condominium complex located at 1962 Spectrum Circle, Marietta, GA 30067. A majority of both Debtors' membership interests are owned by the same entity, Braintree Holdings 26, LLC. The Debtors have substantially the same creditors, including the first mortgagee on both entities properties and own properties located at the same complex. Consequently, they both pay the same entity association dues.

4.

The debtors are affiliates as that term is defined in §101(2), Title 11 U.S.C.

**Relief Requested**

5.

Debtors request that their bankruptcy cases be jointly administered pursuant to Bankruptcy Rule 1015(b), such that a single docket is utilized for matters occurring in the administration of these cases, including:

> A. The filing of pleadings, orders, notices and other papers, with the exception of proofs of claim;
>
> B. The combining of notices to creditors of the different estates; and
>
> C. The joint handling of purely administrative matters that may expedite these cases and render the process less costly.

6.

The Debtors further request that docket entries be made in their cases substantially as follows: "An Order has been entered in this case directing the procedural, but not substantive, consolidation and joint administration of the Chapter 11 cases of Worthington Georgia Holdings, LLC and this Debtor. The docket in case number 18-52904 should be consulted for all matters affecting this case."

**Basis for Relief Requested**

7.

This Court may order the joint administration of the estates of a debtor and an affiliate pursuant to Bankruptcy Rule 1015(b). As discussed above, Debtors are affiliates as that term is defined in §101(2), Title 11 U.S.C.

8.

Joint administration of the separate estates of the Debtors is appropriate. Because of the financial and other relationships of the Debtors, entry of an Order permitting joint administration of these case would avoid unnecessary time and expense by obviating the necessity of multiple and duplicative motions and applications, entering duplicative orders and service duplicative notices to creditors.

9.

The rights of creditors of the separate estates of Debtors will not be adversely affected by joint administration since the relief sought is purely procedural and will not affect a creditor's substantive rights. Each creditor will retain whatever rights it may have against a particular Debtor and its estate. Indeed the impact on creditors will be positive by the reduction in costs resulting from joint administration. The Court and Clerk's Office will be relieved of the burden of entering duplicative orders and maintaining multiple files. Finally, joint administration will simplify the United States Trustee's tasks of supervising the administrative aspects of these cases.

10.

Debtors request that this Motion be considered on an expedited basis to limit administrative costs in these cases.

11.

Notice of the Joint Administration Motion has been serve on the Office of the United States Trustee for the Northern District of Georgia. Debtors submit that given the procedural nature of the relief sought herein such notice is sufficient and no further notice is required.

WHEREFORE, Debtors respectfully request that the Court (a) grant the Joint Administration Motion in their bankruptcy cases by ordering that each case be administered under the WC Prime Investors, LLC case number; (b) enter an order in substantially the same form attached hereto as

"Exhibit A" providing for joint administration of the two cases; and (c) grant such further relief as the Court deems just and proper.

    Respectfully submitted this 21st day of February, 2018

<u>/s/ Will Geer</u>
Wiggam & Geer, LLC
Georgia Bar Number: 940493
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
P: (678) 587-8740
F: (404) 287-2767
wgeer@wiggamgeer.com

**Exhibit "A"**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| WC Prime Investors, LLC | ) | CASE NO. 18-52904 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Worthington Georgia Holdings, LLC | ) | CASE NO. 18-52907 |
| | ) | |
| Debtor. | ) | |

**PROPOSED ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CASES**

The above-referenced Chapter 11 bankruptcy cases are before the Court on the Motion for Order Authorizing Joint Administration of Related Cases Under Rule 1015 of the Federal Rules of Bankruptcy Procedure ("Joint Administration Motion") filed by Debtors. In the Joint Administration Motion, Debtors requested authorization under Rule 1015 of the Federal Rules of Bankruptcy Procedure to jointly administer the above-referenced bankruptcy cases. After reviewing the Joint Administration Motion, the Court has concluded that the Joint Administration Motion and the relief requested therein are appropriate. Accordingly, the Joint Administration Motion is hereby GRANTED.

IT IS FURTHER ORDERED that these Chapter 11 cases shall be jointly administered under the case name **In re WC Prime Investors, LLC, Case No. 18-52904** in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and

IT IS FURTHER ORDERED that the joint caption shall read as follows:

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | Jointly Administered Under |
| WC Prime Investors, LLC and | ) | |

Worthington Georgia Holdings, LLC.        )        CASE NO. 18-52904
                                          )
    Debtor.                                )

IT IS FURTHER ORDERED that all original docket entries shall be made in the case of WC Prime Investors, LLC, Case No. 18-52904, and a docket entry shall be made in the jointly administered cases substantially as follows:

> In accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, an order has been entered in this case authorizing the joint administration of this case with the Chapter 11 case of **In re: WC Prime Investors, LLC, Case No. 18-52904.**

IT IS FURTHER ORDERED that a separate claims register shall be maintained in each case; and

IT IS FURTHER ORDERED that counsel for Debtors shall serve a copy of this Order on the United States Trustee and all parties listed on the matrices filed in Debtors' cases within 5 business days of entry of this Order.

-End of Document-

Prepared and presented by:

/s/ Will Geer
Wiggam & Geer, LLC
Georgia Bar Number: 940493
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
P: (678) 587-8740
F: (404) 287-2767
wgeer@wiggamgeer.com

Identification of Parties to be served:

Wiggam & Geer, LLC
Georgia Bar Number: 940493
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303

CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing document upon all those parties listed below via electronic transmission, facsimile, or overnight mail addressed to:

Shawn D. Stafford, Esq.
Neel, Robinson & Stafford, LLC
5555 Glenridge Connector
Suite 400
Atlanta, Georgia 30342
Attorney for SEHAL III, LLC
shawn.stafford@nrs.law

SEHAL III, LLC
1718 Peachtree St., NW
Suite 276
Atlanta, Georgia 30309

WH2, Inc.
c/o Stuart Sylvester
1960 spectrum circle
Suite 100
Marietta, Georgia 30067
stuartsylvester@gmail.com

Tax Relief Investments, L.P.
c/o Lawrence Foster
1960 spectrum circle
Suite 100
Marietta, Georgia 30067
trmpresident@gmail.com

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
USTP.Region21@usdoj.gov
ustpregion21.at.ecf@usdoj.gov

Worthington Condominium Assoc.,Inc.
c/o Jon David Huffman
Poole Huffman, LLC
315 W. Ponce de Leon Ave.
Suite 344
Decatur, Georgia 30030
jondavid@poolehuffman.com

Cobb County Tax Commissioner
736 Whitlock Avenue
Marietta, GA 30064
770-528-8679
tax@cobbcounty.org

Coleman Talley, LP
3475 Lenox Road, NE
Suite 400
Atlanta, GA 30326
ed.preston@colemantalley.com

Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000
BHeinz@law.ga.gov
Fax: 404-417-2101


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346
Fax: 267-941-1015

ServPro of East Cobb
3850 Canton Road
Suite 3114
Marietta, GA 30066
servpro10000@yahoo.com
(770) 575-1397

Venture South Development II, LLC
4485 Tench Road, SE
Suite 1220
Suwanee, GA 30024

Veritext Corporation
c/o CORPORATION SERVICE COMPANY
0 TECHNOLOGY PKWY SOUTH #300
Norcross, GA 30092


This 21st day of February, 2018.

*/s/ Will Geer*
Will Geer
Georgia Bar No. 940493