

**IT IS ORDERED as set forth below:**

Date: February 27, 2018

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE: | ) | CHAPTER 11 |
|---|---|---|
| | ) | |
| WC Prime Investors, LLC, | ) | CASE NO. 18-52904 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Worthington Georgia Holdings, LLC, | ) | CASE NO. 18-52907 |
| | ) | |
| Debtor. | ) | |

**ORDER AUTHORIZING JOINT ADMINISTRATION OF RELATED CASES**

The above-referenced Chapter 11 bankruptcy cases are before the Court on the Motion for Order Authorizing Joint Administration of Related Cases Under Rule 1015 of the Federal Rules of Bankruptcy Procedure ("Joint Administration Motion") filed by Debtors.

In the Joint Administration Motion, Debtors requested authorization under Rule 1015 of the Federal Rules of Bankruptcy Procedure to jointly administer the above-referenced bankruptcy cases. After reviewing the Joint Administration Motion, the Court has concluded that the Joint Administration Motion and the relief requested therein are appropriate. Accordingly, the Joint Administration Motion is hereby GRANTED.

IT IS FURTHER ORDERED that these Chapter 11 cases shall be jointly administered under the case name **In re: WC Prime Investors, LLC, Case No. 18-52904** in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and

IT IS FURTHER ORDERED that the joint caption shall read as follows:

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | Jointly Administered Under |
| WC Prime Investors, LLC and Worthington Georgia Holdings, LLC, | ) ) | CASE NO. 18-52904 |
| | ) | |
| Debtors. | ) | |

IT IS FURTHER ORDERED that all original docket entries shall be made in the case of WC Prime Investors, LLC, Case No. 18-52904, and a docket entry shall be made in the jointly administered cases substantially as follows:

> In accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, an order has been entered in this case authorizing the joint administration of this case with the Chapter 11 case of **In re: WC Prime Investors, LLC, Case No. 18-52904-lrc.** The docket in the chapter 11 case of WC Prime Investors, LLC, should be consulted for all matters affecting this case. All further pleadings or other papers shall be filed in the case of WC Prime, LLC, Case No. 18-52904-lrc.

IT IS FURTHER ORDERED that a separate claims register shall be maintained in each case; and

IT IS FURTHER ORDERED that unless further ordered by the Court, nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned cases; and

IT IS FURTHER ORDERED that the Court waives the requirements set forth at section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that notices required to be sent by the Debtors contain the name, address and last four digits of the taxpayer identification number of each Debtor; and

IT IS FURTHER ORDERED that the Court authorizes the Debtors to utilize a combined service list for the jointly administered cases and authorize combined notices be sent to creditors of the Debtors' estates and other parties-in-interest, as applicable.

-End of Document-

Prepared and presented by:

/s/ Will Geer
Wiggam & Geer, LLC
Georgia Bar Number: 940493
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
P: (678) 587-8740
F: (404) 287-2767
wgeer@wiggamgeer.com

Identification of Parties to be served:

Wiggam & Geer, LLC
Georgia Bar Number: 940493
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA 30303

Baldwin Crest Group, LLC
570 Piedmont Ave NE
Atlanta, GA 30308

WH2, Inc.
1960 Spectrum Circle
Suite 100
Marietta, GA 30067

Braintree Holdings 26, LLC
675 Ponce De Leon Ave NE
Suite 8500
Atlanta, GA 30308

Cobb County Tax Commissioner
736 Whitlock Avenue
Marietta, GA 30064

Coleman Talley, LP
3475 Lenox Road, NE
Suite 400
Atlanta, GA 30326


Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000


Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346


Poole Huffman
315 W. Ponce de Leon Ave. Suite 344
Decatur, GA 30030


Sam Lloyd
675 Ponce De Leon Ave NE,
Suite 8500
Atlanta, GA 30308


Sehal III, LLC
1718 Peachtree St., NW
Suit 276
Atlanta, GA 30309


ServPro of East Cobb
3850 Canton Road
Suite 3114
Marietta, GA 30066


Tax Relief Investments, LP
1960 Spectrum Circle
Suite 100
Marietta, GA 30067

Venture South Development II, LLC
4485 Tench Road, SE
Suite 1220
Suwanee, GA 30024


Veritext Corporation
c/o CORPORATION SERVICE COMPANY
0 TECHNOLOGY PKWY SOUTH #300
Norcross, GA 30092


Worthington Condominium Assoc., Inc.
2555 Westside Parkway, Suite 600
Alpharetta, GA 30004