**IT IS ORDERED as set forth below:**

**Date: March 22, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
|  | : |  |
| WC PRIME INVESTORS, LLC, | : | 18-52904-LRC |
| WORTHINGTON GEORGIA | : |  |
| HOLDINGS, LLC, | : | (Jointly Administered) |
|  | : |  |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 11 OF THE |
| DEBTORS. | : | BANKRUPTCY CODE |

### ORDER AND NOTICE OF HEARING

The Court will hold a hearing on the Debtors' Motion for Rule 2004 Examination of Phil Smith, as President and Board Member of Worthington Condominium Association, Inc. (Dkt. No. 27), and the objection thereto, filed by Worthington Condominium Association, Inc. (Dkt. No. 36) on **March 29, 2018,** at 11:00 a.m. in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

### END OF DOCUMENT

**Distribution List**

**Jon David W. Huffman**
Poole Huffman, LLC
Suite 344
315 W. Ponce de Leon Avenue
Decatur, GA 30030

**WC Prime Investors, LLC**
1960 Spectrum Circle
Unit 100
Marietta, GA 30067

**Worthington Georgia Holdings, LLC**
1960 Spectrum Circle
Unit 100
Marietta, GA 30067

**Will B. Geer**
Wiggam & Geer, LLC
Suite 225
333 Sandy Springs Circle, NE
Atlanta, GA 30328

**Lindsay P. S. Kolba**
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

**Heather D. Brown**
Brown Law, LLC
138 Bulloch Avenue
Roswell, GA 30075

**Paul M. Alexander**
Miller & Martin PLLC
Suite 2100
1180 West Peachtree Street, N.W.
Atlanta, GA 30309-3407