**IT IS ORDERED as set forth below:**



Date: April 4, 2018

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | Jointly Administered |
| WC Prime Investors, LLC and Worthington | ) | |
| Georgia Holdings, LLC, | ) | CASE NO. 18-52904-lrc |
| | ) | |
| Debtor. | ) | |

### ORDER AND NOTICE ESTABLISHING BAR DATE FIXING TIME FOR FILING CLAIMS

Upon application by the Debtors herein, and pursuant to Bankruptcy Rule 3003(c)(3), and it appearing that the Debtors have filed a list of creditors and equity security holders pursuant to Bankruptcy Rule 1007, it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN that the Court fixes May 25, 2018 (the "Bar Date")**, as the last day on which any entity, including without limitation, individuals, partnerships, corporations, estates, trustees and governmental units, any timely file a proof of claim or interest in this case. The term "claim," defined in 11 U.S.C. §101(5), includes those secured by an interest in Debtor's property or property of the estate and may include claims arising from the rejection of an executor contract or unexpired lease.

PLEASE TAKE FURTHER NOTICE that any such proof of claim or interest shall be filed with:

Clerk, U.S. Bankruptcy Court

1340 U.S. Courthouse
75 Ted Turner, SW
Atlanta, Georgia 30303

A proof of claim will be timely filed only if it is actually received by the Clerk's office, whether in paper or electronic form, on or before the Bar Date. Any creditor or party in interest with questions concerning the Debtor's bankruptcy schedules and the classification of the claims therein should contact their attorney.

PLEASE TAKE NOTICE THAT ALL ENTITIES FAILING TO FILE A PROOF OF CLAIM OR INTEREST ON OR BEFORE THE BAR DATE MAY BE FOREVER BARRED FROM (A) ASSERTING A CLAIM AGAINST, OR INTEREST IN, THE DEBTOR, THE DEBTOR'S PROPERTY OR THE BANKRUPTCY ESTATE AND (B) VOTING UPON, RECEIVING DISTRBUTIONS UNDER, ANY CONFIRMED PLAN OF REORGANIZATION, except that the following entities need not file a proof of claim or interest:

1. Any entity that has already properly filed a proof of claim or interest with the Clerk of this Court; and
2. Any entity with a claim or interest listed in Debtor's schedules in an amount and in a classification satisfactory to that entity and not designated in the Schedules as disputed, contingent or unliquidated.

PLEASE TAKE FURTHER NOTICE that pursuant to section 1111(a)of the Bankruptcy Code, 11 U.S.C § 1111(a), a proof of claim or interest is deemed filed for any claim that appears in the Debtor's Schedules, except any claim or interest that is scheduled as disputed, contingent or unliquidated as to amount. Debtors' Schedules may be examined during normal business hours at the office of the Clerk, U.S. Bankruptcy Court, whose address appears above. Debtor's Schedules may be found at http://pacer.psc.uscourts.gov/.

An entity planning to rely on the Schedules is responsible for reviewing them to determine whether the claim or interest (1) is listed as disputed, contingent, unliquidated or (2) is listed in the correct amount or (3) is otherwise properly scheduled, that entity must file a proof of claim or interest on or before the Bar Date in order to be certain that it receives the treatment it asserts is correct.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that Debtors counsel shall, within three (3) business days of the date hereof, serve a copy of this Order and Notice on all Creditors and parties in interest identified on the Debtor's matrices and shall file a certificate of service with the Court evidencing such service.

- END OF DOCUMENT -

Prepared and submitted by:
/s/ Will B. Geer
Will B. Geer
Georgia Bar No. 940493
333 Sandy Springs Circle, NE, Suite 225

Atlanta, Georgia 30328

Identification of Parties to be Served Pursuant to BLR 9013-2(b) NDGa:

Will Geer
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328

Office of the U.S. Trustee
362 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303