**IT IS ORDERED as set forth below:**

**Date: April 13, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | Jointly Administered |
| WC Prime Investors, LLC and Worthington | § | CASE NO. 18-52904-lrc |
| Georgia Holdings, LLC, | § | |
| | § | |
| Debtors. | § | |

### CONSENT ORDER GRANTING REQUEST FOR 2004 EXAMINATION

On March 7, 2018, WC Prime Investors, LLC and Worthington Georgia Holdings, LLC, the Debtors and debtor- in-possessions in the above-styled, jointly-administered case, filed their Motion for 2004 Examination of Worthington Condominium Association, Inc. (the "COA") and Homeside Properties, Inc. ("Homeside") (the "Motion"), seeking entry of an order compelling the COA and Homeside to each produce an authorized corporate representative of the COA and Homeside with knowledge of the documents requested and matters at issue to appear at the law offices of Wiggam & Geer, LLC or at a mutually agreeable location in Atlanta, Georgia for an examination under Rule 2004 of the Bankruptcy Rules. The COA filed an objection to the Motion, and the

parties subsequently conferred and have agreed to the following terms:

1. Within forty-five (45) days of March 29, 2018, Phil Smith, Jim Leveritt, and a representative of Homeside shall submit to examination pursuant to Bankruptcy Rule 2004 at a mutually agreeable time and location. All documents requested in Debtors' Motion will be produced within fourteen (14) days of March 29, 2018.

2. Phil Smith, Jim Leveritt, and a representative of Homeside shall be made available for examination for a total of eight (8) hours[1] in any combination of time as Debtors determine to be necessary.

3. Debtors reserve their rights to request additional time and 2004 examinations.

Based upon the foregoing, IT IS HEREBY

**ORDERED** that the Motion is **GRANTED** to permit that examination by Debtors and any party-in-interest in accordance with Fed. R. Bankr. P. 2004(b) of Phil Smith, Jim Leveritt, and an authorized corporate representative with knowledge of the documents requested and matters at issue of Homeside, and that those individuals shall appear for examination within forty-five (45) days of March 29, 2018 at a mutually agreeable time and location; it is

**FURTHER ORDERED** that the COA and Homeside shall produce, within fourteen (14) days of March 29, 2018, all documents requested in the subpoenas attached to Debtors' Motion; and it is

**FURTHER ORDERED** that Phil Smith, Jim Leveritt, and a representative of Homeside shall be made available for examination for a total of eight (8) hours in any combination of time as Debtors determine to be necessary. Nothing in this Order shall alter the rights of Debtors to request additional time or 2004 examinations.

-END OF DOCUMENT-

---

[1] Time shall be counted as time spent examining an individual or entity on the record.

Prepared and submitted by:

/s/      Will Geer
Georgia Bar No. 940493
Wiggam & Geer, LLC
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
T: 678-587-8740
F: 404-287-2767
wgeer@wiggamgeer.com

Consented to by:

/s/ (w/ express permission by Will Geer)
Jon David W. Huffman, Esq.
Poole Huffman, LLC
315 W. Ponce de Leon Ave.
Suite 344
Decatur, GA 30030
Attorneys for Worthington Condominium Association, Inc.


Distribution List

Baldwin Crest Group, LLC
570 Piedmont Ave NE
Atlanta, GA 30308

Braintree Holdings 26, LLC
675 Ponce De Leon Ave NE
Suite 8500
Atlanta, GA 30308

Cobb County Tax Commissioner
736 Whitlock Avenue
Marietta, GA 30064

Coleman Talley, LP
3475 Lenox Road, NE
Suite 400
Atlanta, GA 30326

Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Poole Huffman
315 W. Ponce de Leon Ave. Suite 344
Decatur, GA 30030

Sam Lloyd
675 Ponce De Leon Ave NE,
Suite 8500
Atlanta, GA 30308

ServPro of East Cobb
3850 Canton Road
Suite 3114
Marietta, GA 30066

Venture South Development II, LLC
4485 Tench Road, SE
Suite 1220
Suwanee, GA 30024

Veritext Corporation
c/o CORPORATION SERVICE COMPANY
0 TECHNOLOGY PKWY SOUTH #300
Norcross, GA 30092

Worthington Condominium Assoc., Inc.
2555 Westside Parkway, Suite 600
Alpharetta, GA 30004

Jeff Golomb
270 Carpenter Drive, Suite 200
Atlanta, GA 30328

Paul M. Alexander, Esq.
Miller & Martin PLLC
1180 West Peachtree St NW, Suite 2100
Atlanta, GA 30309

Heather D. Brown
Brown Law, LLC
138 Bulloch Avenue
Roswell, Georgia 30075