

**From:** Bill Pratt <Bill.Pratt@outlook.com>
**Sent:** Thursday, March 8, 2018 10:28 AM
**To:** stuart@bradfordproperties.com
**Subject:** Re: Worthington " Doomsday" Revised

I would expect the February statement from Homeside on Monday or Tuesday.

I will post the statement as soon as it becomes available.

Mr. Huffman has indeed been a busy camper. His entire firm is now built upon the Worthington litigation. Since there is a stay on all of that he has expanded his billing potential into the bankruptcy area with §2004 inquiries against everyone listed in the Atlanta white pages. It is interesting for me to review his monumental ignorance as he expands from a "so so" trial attorney in State Superior Court ( who didn't even notice when Judge Bodiford made fun of him) to total incompetence in his appearances in the bankruptcies.

Personally I am looking forward to being examined  by  the Scaramouch Firm in the BK's.

Bill

On Mar 8, 2018, at 9:59 AM, Stuart Sylvester <stuart.bradfordproperties@gmail.com> wrote:

> Is there another monthly update?  I know Huffman has been quite busy…
>
> **From:** Bill Pratt [mailto:Bill.Pratt@outlook.com]
> **Sent:** Wednesday, February 14, 2018 11:38 AM
> **To:** Edward F. Preston; Eric Reaves; Stuart Sylvester; Ken Blankenship; Sam Lloyd
> **Subject:** Worthington " Doomsday" Revised

Attached please find a revised HOA doomsday schedule with the January column forecasts replaced with actuals from the just published P & L.

So, my BFF (BIll's fearless forecast) is that the HOA goes negative cash (bankrupt) somewhere between March 25th and April 12th.

If you are a true accounting guru my ending, cash number is about 5k off from the Homeside version and I am tired of looking for it.

This file is PDF format. If you would prefer the EXCEL version so you can model with the numbers, let me know

Bill Pratt

404 372 8786

2