UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | Jointly Administered |
| WC Prime Investors, LLC and Worthington | § | CASE NO. 18-52904-lrc |
| Georgia Holdings, LLC, | § | |
| | § | |
| Debtors. | § | |

**<u>CERTIFICATE OF SERVICE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS</u>**

I hereby certify that I have caused a SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE to be hand delivered to the following address:

Homeside Properties, Inc.
c/o Lisa Drobney
2555 Westside Pkwy Ste 600
Alpharetta, GA, 30004


Respectfully submitted this 18th day of April, 2018:

/s/      Will Geer
Georgia Bar No. 940493
Wiggam & Geer, LLC
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
T: 678-587-8740
F: 404-287-2767
wgeer@wiggamgeer.com
Attorney for the Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:  WC Prime Investors, LLC and Worthington Georgia Holdings, LLC | CASE NO: 18-52904<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 4/18/2018, I did cause a copy of the following documents, described below,

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/18/2018

/s/ Will B. Geer
Will B. Geer  940493

Wiggam & Geer, LLC
333 Sandy Springs Circle, NE, Suite 225
Atlanta, GA  30328
678 587 8740
wgeer@wiggamgeer.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:  WC Prime Investors, LLC and Worthington Georgia Holdings, LLC | CASE NO: 18-52904 <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 11 |

On 4/18/2018, a copy of the following documents, described below,

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/18/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Will B. Geer
Wiggam & Geer, LLC
333 Sandy Springs Circle, NE, Suite 225
Atlanta, GA  30328

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| BALDWIN CREST GROUP LLC<br>570 PIEDMONT AVE NE<br>ATLANTA GA 30308 | BRAINTREE HOLDINGS 26 LLC<br>675 PONCE DE LEON AVE NE<br>SUITE 8500<br>ATLANTA GA 30308 | COBB COUNTY TAX COMMISSIONER<br>736 WHITLOCK AVENUE<br>MARIETTA GA 30064 |
| COLEMAN TALLEY LP<br>3475 LENOX ROAD NE<br>SUITE 400<br>ATLANTA GA 30326 | GEORGIA DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 161108<br>ATLANTA GA 30321-0000 | INTERNAL REVENUE SERVICE<br>CIO<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| POOLE HUFFMAN<br>315 W. PONCE DE LEON AVE. SUITE 344<br>DECATUR GA 30030 | SAM LLOYD<br>675 PONCE DE LEON AVE NE<br>SUITE 8500<br>ATLANTA GA 30308 | SERVPRO OF EAST COBB<br>3850 CANTON ROAD<br>SUITE 3114<br>MARIETTA GA 30066 |
| VENTURE SOUTH DEVELOPMENT II LLC<br>4485 TENCH ROAD SE<br>SUITE 1220<br>SUWANEE GA 30024 | VERITEXT CORPORATION<br>C/O CORPORATION SERVICE COMPANY<br>0 TECHNOLOGY PKWY SOUTH #300<br>NORCROSS GA 30092 | WORTHINGTON CONDOMINIUM ASSOC. INC.<br>2555 WESTSIDE PARKWAY SUITE 600<br>ALPHARETTA GA 30004 |
| JEFF GOLOMB<br>270 CARPENTER DRIVE SUITE 200<br>ATLANTA GA 30328 | PAUL M. ALEXANDER ESQ.<br>MILLER & MARTIN PLLC<br>1180 WEST PEACHTREE ST NW SUITE 2100<br>ATLANTA GA 30309 | HEATHER D. BROWN<br>BROWN LAW LLC<br>138 BULLOCH AVENUE<br>ROSWELL GEORGIA 30075 |
| U.S. TRUSTEE<br>ROOM 362<br>75 TED TURNER DRIVE SW<br>ATLANTA GA 30303 | | |