# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>WC Prime Investors, LLC and<br>Worthington Georgia Holdings, LLC,<br><br>　　　　Debtors. | CHAPTER 11<br>Jointly Administered<br>CASE NO. 18-52904-lrc |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that *WC Prime Investors, LLC and Worthington Georgia Holdings, LLC* have filed their MOTION FOR ESTABLISHMENT OF PROCEDURES FOR MONTHLY COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS and related papers with the Court*.*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the *Motion for Establishment of Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* in **Courtroom 1204, United States Courthouse, 75 Ted Turner Avenue, SW, Atlanta, GA 30303, at 10:15 a.m. on the 10th day of May, 2018**.

　　　　Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303, You must also mail a copy of your response to the undersigned at the address stated below.

Dated: April 23, 2018

/s/ Will Geer
Will Geer
Georgia State Bar No. 940493
Wiggam & Geer, LLC
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328
T: (678) 587-8740
F: (404) 287-2767
wgeer@wiggamgeer.com