

**IT IS ORDERED as set forth below:**

**Date: April 27, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| In Re: | ) | |
|---|---|---|
| | ) | CHAPTER 11 |
| WC PRIME INVESTORS, LLC, | ) | Jointly Administered |
| and WORTHINGTON GEORGIA | ) | |
| HOLDINGS, LLC | ) | CASE NO.: 18-52904-lrc |
| | ) | |
| Debtors. | ) | CONTESTED MATTER |
| | ) | |

### ORDER GRANTING REQUEST FOR 2004 EXAMINATION
### OF DEBTORS WC PRIME INVESTORS, LLC AND
### WORTHINGTON GEORGIA HOLDINGS, LLC

On March 6, 2018, secured creditor Worthington Condominium Association, Inc., ("Association"), filed its *Motion by Worthington Condominium Association, Inc., for Rule 2004 Order Requiring Production of Documents and Deposition of Debtor WC Prime Investors, LLC* and its *Motion by Worthington Condominium*

*Association, Inc., for Rule 2004 Order Requiring Production of Documents and Deposition of Debtor Worthington Georgia Holdings, LLC* (the "Motions"), seeking entry of an order compelling WC Prime Investors, LLC ("WCP") and Worthington Georgia Holdings, LLC ("WGH") (collectively the "Debtors") to produce an authorized corporate representative of WCP and WGH with knowledge of the documents requested and matters at issue to appear at the law offices of Poole Huffman, LLC or at a mutually agreeable location in Atlanta, Georgia for an examination under Rule 2004 of the Bankruptcy Rules.

**ORDERED** that the Motions are **GRANTED** to permit the examination by the Association and any party-in-interest in accordance with Fed. R. Bankr. P. 2004(b), and an authorized corporate representative with knowledge of the documents requested and matters at issue of WCP and WGH, and that those individuals shall appear for examination within forty-five (45) days of the date of this Order at a mutually agreeable time and location; it is

**FURTHER ORDERED** that WCP and WGH shall produce, within fourteen (14) days of the date of this Order, all documents requested in the subpoenas attached to Association's Motions; and it is

**FURTHER ORDERED** that a representative of WCP and WGH shall be made available for examination for a total of eight (8) hours each in any combination of time as the Association determines to be necessary. Nothing in this

Order shall alter the rights of the Association to request additional time or 2004 examinations.

Prepared and submitted by:

/s/ *Timothy J. Guilmette*
Jon David W. Huffman
Georgia Bar No. 937966
Timothy J. Guilmette
Georgia Bar No. 624309
315 W. Ponce de Leon Ave.
Suite 344
Decatur, GA 30030
(404) 373-4008
jondavid@poolehuffman.com
tim@poolehuffman.com

*Attorneys for Worthington Condominium Association, Inc.*

-END OF DOCUMENT-

## DISTRIBUTION LIST

| | | |
|---|---|---|
| Shawn D. Stafford, Esq.<br>Neel, Robinson & Stafford, LLC<br>5555 Glenridge Connector<br>Suite 400<br>Atlanta, Georgia 30342<br>*Attorney for SEHAL III, LLC* | Office of the U.S. Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 | Baldwin Crest Group, LLC<br>570 Piedmont Ave, NE<br>Atlanta, GA 30308 |
| Braintree Holdings 26, LLC<br>675 Ponce de Leon, Ave, NE<br>Suite 8500<br>Atlanta, GA 30308 | Cobb County Tax Commissioner<br>736 Whitlock Ave<br>Marietta, GA 30064 | Edward F. Preston, Esq.<br>Coleman Talley, LP<br>3475 Lenox Rd, NE, Ste. 400<br>Atlanta, GA 30326 |
| Georgia Department of Revenue<br>Compliance Division, ARCS<br>Bankruptcy<br>1800 Century Blvd, NE, Ste. 9100<br>Atlanta, GA 30345 | Internal Revenue Service<br>COI<br>P.O. Box 7346<br>Philadelphia, PA 19104 | Ken Blankenship<br>6207 Costa Lanier Ln<br>Flowery Branch, GA 30542 |
| Lindsay P. S. Kolba, Esq.<br>Office of U.S. Trustee, Ste. 362<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303 | Daniel M. McDermott<br>United States Trustee, Ste. 362<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303 | Sam Lloyd<br>675 Ponce de Leon Ave., NE<br>Suite 8500<br>Atlanta, GA 30308 |
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20200 | Sehal III, LLC<br>1718 Peachtree St., NW, Ste. 276<br>Atlanta, GA 30309 | ServPro<br>3850 Canton Rd., Ste. 3114<br>Marietta, GA 30066 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization, Ste. 900<br>950 East Paces Ferry Rd, NE<br>Atlanta, GA 30326 | Venture South Development II, LLC<br>4485 Tench Rd., SE, Ste. 1220<br>Suwanee, GA 30024 | Veritext Corp.<br>c/o Corp. Service Company<br>0 Technology PKWY South #300<br>Norcross, GA 30092 |
| WH2, Inc.<br>1960 Spectrum Circle, Unit 100<br>Marietta, GA 30067 | Worthington Georgia Holdings, LLC<br>1960 Spectrum Circle, Unit 100<br>Marietta, GA 30067 | Georgia Department of Revenue<br>Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321 |
| Tania Trumble, Esq.<br>McLain Merritt<br>3445 Peachtree Rd.<br>Suite 500<br>Atlanta, GA | Jeff Golomb, Esq.<br>Gomez & Golomb, LLC<br>270 Carpenter Dr.<br>Suite 200<br>Atlanta, GA 30328 | WC Prime Investors, LLC<br>1960 Spectrum Circle, Unit 100<br>Marietta, GA 30067 |

| Paul M. Alexander, Esq.<br>William A. DuPrè, IV, Esq.<br>Miller & Martin, PLLC<br>1180 West Peachtree St NW,<br>Suite 2100<br>Atlanta, GA 30309 | Heather D. Brown, Esq.<br>Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, Georgia 30075 | Will B. Geer, Esq.<br>Wiggam & Geer, LLC<br>333 Sandy Springs Circle, NE<br>Suite 225<br>Atlanta, Georgia 30328 |
| --- | --- | --- |

```
                                  United States Bankruptcy Court
                                   Northern District of Georgia

In re:                                                                       Case No. 18-52904-lrc
WC Prime Investors, LLC                                                      Chapter 11
Worthington Georgia Holdings, LLC
      Debtors                      CERTIFICATE OF NOTICE
District/off: 113E-9           User: slaterc                Page 1 of 3                  Date Rcvd: Apr 30, 2018
                               Form ID: pdf440              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2018.
db             +WC Prime Investors, LLC,    675 Ponce de Leon Avenue,    #8500,    Atlanta, GA 30308-1884
aty            +Paul M. Alexander,    Miller & Martin PLLC,    Suite 2100,    1180 West Peachtree Street, N.W.,
                 Atlanta, GA 30309-3495
aty            +Will B Geer,    Wiggam & Geer, LLC,    333 Sandy Springs Circle, NE,    Suite 225,
                 Atlanta, GA 30328-3866
aty            +William A. DuPre, IV,    Miller & Martin, PLLC,    Suite 2100,    1180 West Peachtree Street, N.W.,
                 Atlanta, GA 30309-3495
ust            +Daniel M. McDermott,    United States Trustee,    362 Richard Russsell Bldg,
                 75 Ted Turner Drive, S.W.,    Atlanta, GA 30303-3315
               +Attorney for SEHAL III, LLC,    Office of the U.S. Trustee,    362 Richard B. Russell Building,
                 75 Ted Turner Drive, SW,    Atlanta, Georgia 30303-3330
spc            +Coleman Talley, LLP,    Attn: Edward F. Preston,    3475 Lenox Road, NE,    Atlanta, GA 30326-3229
               +Daniel M. McDermott,    United States Trustee, Ste. 362,    75 Ted Turner Dr., S.W.,
                 Atlanta, GA 30303-3315
intp           +Debt Resolution Services, Inc.,    2500 Dallas Hwy,    Ste 202-476,    Marietta, GA 30064-2567
               +Edward F. Preston, Esq.,    Coleman Talley, LP,    3475 Lenox Rd, NE, Ste. 400,
                 Atlanta, GA 30326-3229
               +Heather D. Brown, Esq.,    Brown Law, LLC,    138 Bulloch Avenue,    Roswell, Georgia 30075-4420
               +Jeff Golomb, Esq.,    Gomez & Golomb, LLC,    270 Carpenter Dr.,    Suite 200,
                 Atlanta, GA 30328-4932
intp           +Lawrence Charles Forester,    1366 Gray Rock Drive,    Marietta, GA 30066-1107
               +Paul M. Alexander, Esq.,    William A. DuPr, IV, Esq.,    1180 West Peachtree St NW,,
                 Suite 2100,    Atlanta, GA 30309-3495
                Secretary of the Treasury,    15th & Pennsylvania Ave., NW,    Washington, DC 20200
               +Sehal III, LLC,    1718 Peachtree St., NW, Ste. 276,    Atlanta, GA 30309-7018
               +ServPro,    3850 Canton Rd., Ste. 3114,    Marietta, GA 30066-2643
               +Shawn D. Stafford, Esq.,    Neel, Robinson & Stafford, LLC,    5555 Glenridge Connector,
                 Suite 400,    Atlanta, Georgia 30342-4757
               +Tania Trumble, Esq.,    McLain Merritt,    3445 Peachtree Rd.,    Suite 500,
                 Atlanta, GA 30326-1223
                Veritext Corp.,    c/o Corp. Service Company,    0 Technology PKWY South,    #300,
                 Norcross, GA 30092
               +WC Prime Investors, LLC,    1960 Spectrum Circle, Unit 100,    Marietta, GA 30067-6002
               +WH2, Inc.,    1960 Spectrum Circle,    Unit 100,    Marietta, GA 30067-6002
               +Will B. Geer, Esq.,    Wiggam & Geer, LLC,    333 Sandy Springs Circle, NE,    Suite 225,
                 Atlanta, Georgia 30328-3866
               +Worthington Georgia Holdings, LLC,    1960 Spectrum Circle,    Unit 100,
                 Marietta, GA 30067-6002
jadmdb         +Worthington Georgia Holdings, LLC,    675 Ponce de Leon Avenue,    #8500,
                 Atlanta, GA 30308-1884
21343959       +Baldwin Crest Group, LLC,    570 Piedmont Ave NE,    Atlanta, GA 30308-8721
21343960       +Braintree Holdings 26, LLC,    675 Ponce De Leon Ave NE,    Suite 8500,    Atlanta, GA 30308-1884
21343963       +Coleman Talley, LP,    3475 Lenox Road, NE,    Suite 400,    Atlanta, GA 30326-3229
21358507      #+Ken Blankenship,    6207 Costa Lanier Lane,    Flowery Branch, GA 30542-2595
21343966       +Neel, Robinson, & Stafford, LLC,    c/o Shawn Stafford,    5555 Glenridge Connector, Suite 400,
                 Atlanta, GA 30342-4757
21343967       +Poole Huffman,    315 W. Ponce de Leon Ave. Suite 344,    Decatur, GA 30030-2450
21343968       +Sam Lloyd,    675 Ponce De Leon Ave NE,,    Suite 8500,    Atlanta, GA 30308-1884
21343969       +Sehal III, LLC,    1718 Peachtree St., NW,    Suit 276,    Atlanta, GA 30309-7018
21343970       +ServPro of East Cobb,    3850 Canton Road,    Suite 3114,    Marietta, GA 30066-2643
21343971       +TAX RELIEF INVESTMENTS, L.P.,    1960 spectrum circle, Unit 100,    Marietta,    GA 30067-6002
21343972       +Tax Relief Investments, LP,    1960 Spectrum Circle,    Suite 100,    Marietta, GA 30067-6002
21343973       +Venture South Development II, LLC,    4485 Tench Road, SE,    Suite 1220,
                 Suwanee, GA 30024-6742
21343974        Veritext Corporation,    c/o CORPORATION SERVICE COMPANY,    0 TECHNOLOGY PKWY SOUTH #300,
                 Norcross, GA 30092
21358508       +WH2, Inc.,    1960 Spectrum Circle,    Suite 100,    Marietta, GA 30067-6002
21343975       +Worthington Condominium Assoc., Inc.,    2555 Westside Parkway, Suite 600,
                 Alpharetta, GA 30004-4191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/Text: brnotices@dor.ga.gov Apr 30 2018 20:33:21      Georgia Department of Revenue,
                 Compliance Division, ARCS Bankruptcy,    1800 Century Blvd, NE, Ste. 9100,    Atlanta, GA 30345
               +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Apr 30 2018 20:33:24      Lindsay P. S. Kolba, Esq.,
                 Office of U.S. Trustee, Ste. 362,    75 Ted Turner Dr., S.W.,    Atlanta, GA 30303-3315
               +E-mail/Text: atlreorg@sec.gov Apr 30 2018 20:33:27      U.S. Securities and Exchange Comm,
                 Office of Reorganization, Ste. 900,    950 East Paces Ferry Rd, NE,    Atlanta, GA 30326-1180
21343961       +E-mail/Text: jan.becker@cobbcounty.org Apr 30 2018 20:33:38      Cobb County Tax Commissioner,
                 736 Whitlock Avenue,    Marietta, GA 30064-4663
21343962       +E-mail/Text: revrecbankreq@cobbemc.com Apr 30 2018 20:33:39      Cobb Electric Membership Corp.,
                 1000 Emc Pkwy NE,    Marietta, GA 30060-7908
21343964        E-mail/Text: brnotices@dor.ga.gov Apr 30 2018 20:33:21      Georgia Department of Revenue,
                 Bankruptcy Section,    P.O. Box 161108,    Atlanta, GA 30321-0000
```

```
District/off: 113E-9              User: slaterc              Page 2 of 3              Date Rcvd: Apr 30, 2018
                                  Form ID: pdf440            Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21343965        E-mail/Text: cio.bncmail@irs.gov Apr 30 2018 20:33:15      Internal Revenue Service,   CIO,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                            TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*              +Attorney for SEHAL III, LLC,    Office of the U.S. Trustee,    362 Richard B. Russell Building,
                 75 Ted Turner Drive, SW,   Atlanta, Georgia 30303-3330
*              +Baldwin Crest Group, LLC,    570 Piedmont Ave, NE,    Atlanta, GA 30308-8721
*              +Baldwin Crest Group, LLC,    570 Piedmont Ave, NE,    Atlanta, GA 30308-8721
*              +Braintree Holdings 26, LLC,   675 Ponce de Leon, Ave, NE,    Suite 8500,
                 Atlanta, GA 30308-1884
*              +Braintree Holdings 26, LLC,   675 Ponce de Leon, Ave, NE,    Suite 8500,
                 Atlanta, GA 30308-1884
*              +Cobb County Tax Commissioner,    736 Whitlock Ave,    Marietta, GA 30064-4663
*              +Cobb County Tax Commissioner,    736 Whitlock Ave,    Marietta, GA 30064-4663
*              +Daniel M. McDermott,   United States Trustee, Ste. 362,    75 Ted Turner Dr., S.W.,
                 Atlanta, GA 30303-3315
*              +Edward F. Preston, Esq.,   Coleman Talley, LP,    3475 Lenox Rd, NE, Ste. 400,
                 Atlanta, GA 30326-3229
*             ++GEORGIA DEPARTMENT OF REVENUE,    COMPLIANCE DIVISION,    ARCS BANKRUPTCY,
                 1800 CENTURY BLVD NE SUITE 9100,    ATLANTA GA 30345-3202
               (address filed with court: Georgia Department of Revenue,    Bankruptcy Section,
                 P.O. Box 161108,   Atlanta, GA 30321)
*             ++GEORGIA DEPARTMENT OF REVENUE,    COMPLIANCE DIVISION,    ARCS BANKRUPTCY,
                 1800 CENTURY BLVD NE SUITE 9100,    ATLANTA GA 30345-3202
               (address filed with court: Georgia Department of Revenue,
                 Compliance Division, ARCS Bankruptcy,    1800 Century Blvd, NE, Ste. 9100,    Atlanta, GA 30345)
*             ++GEORGIA DEPARTMENT OF REVENUE,    COMPLIANCE DIVISION,    ARCS BANKRUPTCY,
                 1800 CENTURY BLVD NE SUITE 9100,    ATLANTA GA 30345-3202
               (address filed with court: Georgia Department of Revenue,    Bankruptcy Section,
                 P.O. Box 161108,   Atlanta, GA 30321)
*              +Heather D. Brown, Esq.,   Brown Law, LLC,    138 Bulloch Avenue,    Roswell, Georgia 30075-4420
*              +Internal Revenue Service,   COI,    P.O. Box 7346,    Philadelphia, PA 19101-7346
*              +Internal Revenue Service,   COI,    P.O. Box 7346,    Philadelphia, PA 19101-7346
*              +Jeff Golomb, Esq.,   Gomez & Golomb, LLC,    270 Carpenter Dr.,   Suite 200,
                 Atlanta, GA 30328-4932
*              +Ken Blankenship,   6207 Costa Lanier Ln,    Flowery Branch, GA 30542-2595
*              +Ken Blankenship,   6207 Costa Lanier Ln,    Flowery Branch, GA 30542-2595
*              +Lindsay P. S. Kolba, Esq.,   Office of U.S. Trustee, Ste. 362,    75 Ted Turner Dr., S.W.,
                 Atlanta, GA 30303-3315
*              +Paul M. Alexander, Esq.,   William A. DuPr, IV, Esq.,    1180 West Peachtree St NW,,
                 Suite 2100,   Atlanta, GA 30309-3495
*              +Sam Lloyd,   675 Ponce de Leon Ave., NE,    Suite 8500,    Atlanta, GA 30308-1884
*              +Sam Lloyd,   675 Ponce de Leon Ave., NE,    Suite 8500,    Atlanta, GA 30308-1884
*               Secretary of the Treasury,   15th & Pennsylvania Ave., NW,    Washington, DC 20200
*              +Sehal III, LLC,   1718 Peachtree St., NW, Ste. 276,    Atlanta, GA 30309-7018
*              +ServPro,   3850 Canton Rd., Ste. 3114,    Marietta, GA 30066-2643
*              +Shawn D. Stafford, Esq.,   Neel, Robinson & Stafford, LLC,    5555 Glenridge Connector,
                 Suite 400,   Atlanta, Georgia 30342-4757
*              +Tania Trumble, Esq.,   McLain Merritt,    3445 Peachtree Rd.,   Suite 500,
                 Atlanta, GA 30326-1223
*              +U.S. Securities and Exchange Comm,    Office of Reorganization, Ste. 900,
                 950 East Paces Ferry Rd, NE,   Atlanta, GA 30326-1180
*              +Venture South Development II, LLC,    4485 Tench Rd., SE, Ste. 1220,    Suwanee, GA 30024-6742
*              +Venture South Development II, LLC,    4485 Tench Rd., SE, Ste. 1220,    Suwanee, GA 30024-6742
*               Veritext Corp.,   c/o Corp. Service Company,    0 Technology PKWY South,    #300,
                 Norcross, GA 30092
*              +WC Prime Investors, LLC,   1960 Spectrum Circle, Unit 100,    Marietta, GA 30067-6002
*              +WH2, Inc.,   1960 Spectrum Circle,   Unit 100,   Marietta, GA 30067-6002
*              +Will B. Geer, Esq.,   Wiggam & Geer, LLC,    333 Sandy Springs Circle, NE,   Suite 225,
                 Atlanta, Georgia 30328-3866
*              +Worthington Georgia Holdings, LLC,    1960 Spectrum Circle,   Unit 100,
                 Marietta, GA 30067-6002
21354263*      +INTERNAL REVENUE SERVICE,    P O BOX 7346,   2970 MARKET STREET,    PHILADELPHIA, PA. 19104-5002
                                                                                            TOTALS: 0, * 36, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 113E-9          User: slaterc              Page 3 of 3             Date Rcvd: Apr 30, 2018
                              Form ID: pdf440            Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2018 at the address(es) listed below:
          Heather D. Brown    on behalf of Interested Party Lawrence Charles Forester heather@hdbrownlaw.com
          Heather D. Brown    on behalf of Interested Party   Tax Relief Management, Inc.
           heather@hdbrownlaw.com
          Heather D. Brown    on behalf of Interested Party   Worthington Services, Inc.
           heather@hdbrownlaw.com
          Heather D. Brown    on behalf of Creditor John Eric Reaves heather@hdbrownlaw.com
          Heather D. Brown    on behalf of Interested Party   Tax Relief Investments, LP
           heather@hdbrownlaw.com
          Heather D. Brown    on behalf of Interested Party   Lien Acquisitions Group, LLC
           heather@hdbrownlaw.com
          Heather D. Brown    on behalf of Interested Party Terry L. Cornett heather@hdbrownlaw.com
          Heather D. Brown    on behalf of Interested Party   Debt Resolution Services, Inc.
           heather@hdbrownlaw.com
          Jeff  Golomb    on behalf of Creditor    WH2, Inc. jeff@gandglegal.com,  jeffgolomb@gmail.com
          Jon David W. Huffman    on behalf of Creditor    Worthington Condominium Association, Inc.
           jondavid@poolehuffman.com,  ecf@poolehuffman.com
          Lindsay P. S. Kolba    on behalf of U.S. Trustee Daniel M. McDermott lindsay.p.kolba@usdoj.gov,
           lisa.maness@usdoj.gov
          Paul M. Alexander    on behalf of Creditor    SEHAL III, LLC Paul.Alexander@millermartin.com,
           Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com
          Scott B. McMahan    on behalf of JointAdmin Debtor    Worthington Georgia Holdings, LLC
           ecf@poolehuffman.com,  scott@poolehuffman.com
          Scott B. McMahan    on behalf of Creditor    Worthington Condominium Association, Inc.
           ecf@poolehuffman.com,  scott@poolehuffman.com
          Timothy J. Guilmette    on behalf of Creditor    Worthington Condominium Association, Inc.
           tim@poolehuffman.com
          Will B. Geer    on behalf of Debtor    Worthington Georgia Holdings, LLC wgeer@wiggamgeer.com,
           1289189420@filings.docketbird.com;willgeer@ecf.courtdrive.com;willgeer@willgeerlaw.com;notices@ne
           xtchapterbk.com
          Will B. Geer    on behalf of Debtor    WC Prime Investors, LLC wgeer@wiggamgeer.com,
           1289189420@filings.docketbird.com;willgeer@ecf.courtdrive.com;willgeer@willgeerlaw.com;notices@ne
           xtchapterbk.com
          Will B. Geer    on behalf of JointAdmin Debtor    Worthington Georgia Holdings, LLC
           wgeer@wiggamgeer.com,
           1289189420@filings.docketbird.com;willgeer@ecf.courtdrive.com;willgeer@willgeerlaw.com;notices@ne
           xtchapterbk.com
          William A. DuPre, IV    on behalf of Creditor    SEHAL III, LLC Bill.DuPre@millermartin.com,
           Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com
                                                                                             TOTAL: 19
```