UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>WC Prime Investors, LLC and<br>Worthington Georgia Holdings, LLC,<br><br>    Debtor. | CHAPTER 11<br>Jointly Administered<br>CASE NO. 18-52904-lrc |

## JOINT STIPULATION TO CONTINUE HEARING

    WC Prime Investors, LLC, Worthington Georgia Holdings, LLC (collectively, the "Debtors"), and Worthington Condominium Association, Inc. (the "COA") have agreed to continue the COA's Motion to Dismiss or Alternatively Motion for Relief From Stay [Docket No. 56] hearing scheduled for June 11, 2018 to **July 13, 2018 at 10:00 a.m**. **in courtroom 1204, U.S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303**. In exchange for agreeing to continue the hearing to July 13, 2018 at 10:00 a.m., the Debtors shall pay, via wire transfer or certified funds, $5,500.00, by 5:00 p.m. on June 11, 2018 to the COA.

    Respectfully submitted, this 8th day of June, 2018.

                                        **WILL B. GEER**
                                        **ATTORNEY AT LAW**
                                        Counsel for Debtors

                                        By:   /s/ Will B. Geer
                                                 Will B. Geer
                                                 Georgia Bar. No. 940493

333 Sandy Springs Circle, NE
Suite 225
Atlanta, GA 30328
(P) 678-587-8740
(F) 404-287-2767
wgeer@wiggamgeer.com

POOLE HUFFMAN, LLC

/s/ *Timothy J. Guilmette (w/ express permission)*
Jon David W. Huffman
Georgia Bar No. 937966
Scott B. McMahan
Georgia Bar No. 706240
Timothy J. Guilmette
Georgia Bar No. 624309
315 W. Ponce de Leon Ave.
Suite 344
Decatur, GA 30030
(404) 373-4008
jondavid@poolehuffman.com
scott@poolehuffman.com
tim@poolehuffman.com
Attorneys for Worthington Condominium Association, Inc.