UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>WC Prime Investors, LLC and<br>Worthington Georgia Holdings, LLC,<br><br>    Debtor. | CHAPTER 11<br>Jointly Administered<br>CASE NO. 18-52904-lrc |

## CERTIFICATE OF NO OBJECTION

**NOW COMES** Will Geer, on behalf of Wiggam & Geer, LLC (the "Firm"), attorneys for the Debtors, and hereby certifies that the Firm submitted a detailed invoice for services rendered to the Debtors to the appropriate parties and, after expiration of the Review Period, no party filed an objection to the invoice. As such, the Firm will draw down 80% of its legal fees and 100% of its expenses from its retainer.

                                    **WIGGAM & GEER, LLC**
                                    Counsel for Debtors

                                  By:   /s/ Will B. Geer
                                         Will B. Geer
                                           Georgia Bar. No. 940493

333 Sandy Springs Circle, NE
Suite 225
Atlanta, GA 30328
(P) 678-587-8740
(F) 404-287-2767
wgeer@wiggamgeer.com

CERTIFICATE OF SERVICE

I hereby certify that I have filed the Certificate of No Objection via the Court's CM/ECF system, which will provide electronic notice to the following parties:

Paul M. Alexander on behalf of Creditor SEHAL III, LLC
Paul.Alexander@millermartin.com,
Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com

Heather D. Brown on behalf of Creditor WH2, Inc.
heather@hdbrownlaw.com

Heather D. Brown on behalf of Creditor John Eric Reaves
heather@hdbrownlaw.com

Heather D. Brown on behalf of Interested Party Debt Resolution Services, Inc.
heather@hdbrownlaw.com

Heather D. Brown on behalf of Interested Party Lien Acquisitions Group, LLC
heather@hdbrownlaw.com

Heather D. Brown on behalf of Interested Party Tax Relief Investments, LP
heather@hdbrownlaw.com

Heather D. Brown on behalf of Interested Party Tax Relief Management, Inc.
heather@hdbrownlaw.com

Heather D. Brown on behalf of Interested Party Worthington Services, Inc.
heather@hdbrownlaw.com

Heather D. Brown on behalf of Interested Party Lawrence Charles Forester
heather@hdbrownlaw.com

Heather D. Brown on behalf of Interested Party Terry L. Cornett
heather@hdbrownlaw.com

William A. DuPre, IV on behalf of Creditor SEHAL III, LLC
Bill.DuPre@millermartin.com,
Jennipher.Borey@millermartin.com;Ilene.Maccioli@millermartin.com

Will B. Geer on behalf of Debtor WC Prime Investors, LLC

wgeer@wiggamgeer.com,
1289189420@filings.docketbird.com;willgeer@ecf.courtdrive.com;willgeer@willgeerlaw.com;notices@nextchapterbk.com

Will B. Geer on behalf of Debtor Worthington Georgia Holdings, LLC
wgeer@wiggamgeer.com,
1289189420@filings.docketbird.com;willgeer@ecf.courtdrive.com;willgeer@willgeerlaw.com;notices@nextchapterbk.com

Will B. Geer on behalf of JointAdmin Debtor Worthington Georgia Holdings, LLC
wgeer@wiggamgeer.com,
1289189420@filings.docketbird.com;willgeer@ecf.courtdrive.com;willgeer@willgeerlaw.com;notices@nextchapterbk.com

Monica K. Gilroy on behalf of Interested Party Worthington Condominium Association, Inc.
mkg@dgllclaw.com, kelsea.laun@gilroyfirm.com

Monica K. Gilroy on behalf of Interested Party Jim Leveritt
mkg@dgllclaw.com, kelsea.laun@gilroyfirm.com

Monica K. Gilroy on behalf of Interested Party Phil Smith
mkg@dgllclaw.com, kelsea.laun@gilroyfirm.com

Jeff Golomb on behalf of Creditor WH2, Inc.
jeff@gandglegal.com, jeffgolomb@gmail.com

Timothy J. Guilmette on behalf of Creditor Worthington Condominium Association, Inc.
tim@poolehuffman.com

Jon David W. Huffman on behalf of Creditor Worthington Condominium Association, Inc.
jondavid@poolehuffman.com, ecf@poolehuffman.com

David S. Klein on behalf of Creditor Braintree Holding 26, LLC
dklein@randllaw.com, yalamin@randllaw.com

Lindsay P. S. Kolba on behalf of U.S. Trustee Daniel M. McDermott
lindsay.p.kolba@usdoj.gov, lisa.maness@usdoj.gov

Scott B. McMahan on behalf of Creditor Worthington Condominium Association, Inc.
ecf@poolehuffman.com, scott@poolehuffman.com

Scott B. McMahan on behalf of JointAdmin Debtor Worthington Georgia Holdings, LLC
ecf@poolehuffman.com, scott@poolehuffman.com

William Anderson Rountree on behalf of Creditor Braintree Holding 26, LLC
wrountree@randllaw.com,
swenger@randllaw.com;fglasgow@randllaw.com;R71213@notify.bestcase.com

Matthew F. Totten on behalf of Interested Party Worthington Condominium Association, Inc.
matthew.totten@gilroyfirm.com

Matthew F. Totten on behalf of Interested Party Jim Leveritt
matthew.totten@gilroyfirm.com

Matthew F. Totten on behalf of Interested Party Phil Smith
matthew.totten@gilroyfirm.com

        **WIGGAM & GEER, LLC**
        Counsel for Debtors

        By:   /s/ Will B. Geer
            Will B. Geer
            Georgia Bar. No. 940493

333 Sandy Springs Circle, NE
Suite 225
Atlanta, GA 30328
(P) 678-587-8740
(F) 404-287-2767
wgeer@wiggamgeer.com