# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case NO.: 18-52904-LRC |
| WC PRIME INVESTORS, LLC ) | |
| ) | |
| DEBTOR. ) | CHAPTER 11 |
| ) | Jointly Administered |
| _____) | |
| ) | CONTESTED MATTER |
| WORTHINGTON GEORGIA ) | |
| HOLDINGS, LLC ) | |
| ) | |
| DEBTOR. ) | |

## PHIL A. SMITH, SIMEON E. IVANOV, ANAIZA DAVES, BRIAN O'DONNELL, AUSTIN SAXON, DONNY KING, and JIM LEVERITT'S NOTICE OF JOINDER TO WORTHINGTON CONDOMINIUM ASSOCIATION, INC.'S OBJECTION TO DEBTOR'S MOTION FOR RULE 2004 EXAMINATION AND MOTION FOR PROTECTIVE ORDER

**COMES** NOW Phil A. Smith, Simeon E. Ivanov, Anaiza Daves, Brian O'Donnell, Austin Saxon, Donny King, and Jim Leveritt and hereby joins in the opposition to the Rule 2004 Examination filed by Worthington Condominium Association, Inc., ("Association") within docket 95.

1

Respectfully submitted this 13th day of July, 2018.

/s/ Monica K. Gilroy_____
MONICA K. GILROY
Georgia Bar No. 427520
MATTHEW F. TOTTEN
Georgia Bar No. 798589

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone)
(678) 280-1923 (Facsimile)
Monica.gilroy@gilroyfirm.com
Matthew.totten@gilroyfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed **PHIL A. SMITH, SIMEON E. IVANOV, ANAIZA DAVES, BRIAN O'DONNELL, AUSTIN SAXON, DONNY KING, and JIM LEVERITT'S NOTICE OF JOINDER TO WORTHINGTON CONDOMINIUM ASSOCIATION, INC.'S OBJECTION TO DEBTOR'S MOTION FOR RULE 2004 EXAMINATION AND MOTION FOR PROTECTIVE ORDER** using the CM/ECF system, which will automatically send email notification of such filing to Will B. Geer, Attorney for WGH/WCP, and all other interested parties.

This the 13th day of July, 2018.

/s/ Monica K. Gilroy
MONICA K. GILROY
Georgia Bar No. 427520

THE GILROY FIRM
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
(678) 280-1922 (Telephone)
(678) 280-1923 (Facsimile)
Monica.gilroy@gilroyfirm.com
Matthew.totten@gilroyfirm.com

3