**IT IS ORDERED as set forth below:**

**Date: July 18, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| WC PRIME INVESTORS, LLC AND | ) JOINTLY ADMINISTERED UNDER |
| WORTHINGTON GEORGIA HOLDINGS, LLC, | ) |
| | ) CASE NO. 18-52904-LRC |
| DEBTORS. | ) |
| | ) |
| WORTHINGTON CONDOMINIUM | ) |
| ASSOCIATION, INC., | ) CONTESTED MATTER |
| | ) |
| MOVANT, | ) |
| | ) |
| V. | ) |
| | ) |
| SEHAL III, LLC, | ) |
| | ) |
| RESPONDENT. | ) |
| | ) |

**ORDER HOLDING MOTION FOR RULE 2004 ORDER AND
<u>MOTION FOR PROTECTIVE ORDER IN ABEYANCE</u>**

On April 25, 2018, Worthington Condominium Association, Inc. (the "COA") filed its Motion by Worthington Condominium Association, Inc., for Rule 2004 Order Requiring Production of Documents of SEHAL III, LLC (Doc No. 66; the "Motion for 2004 Order"). On May 3, 2018, SEHAL III, LLC ("SEHAL") filed its Objection, Motion for Protective Order, and Memorandum in Response to Motion by Worthington Condominium Association, Inc. for Rule 2004 Order Requiring Production of Documents (Doc No. 75; the "Motion for Protective Order;" and together with the Motion for 2004 Order collectively, the "Motions"). The Motions were originally scheduled for a hearing on June 11, 2018, which hearing was continued to July 12, 2018. The Motions came before the Court for a hearing on July 12, 2018, at which time this Court heard arguments from counsel and considered the Motions. Also at the hearing on July 12, 2018, counsel for SEHAL tendered to counsel for the COA, an affidavit from SEHAL which included averments that, among other things, SEHAL is neither an "affiliate" nor an "insider" of the debtors, WC Prime Investors, LLC, and Worthington Georgia Holdings, LLC (collectively, the "Debtors"). Accordingly, based the entire record of this case, and for good cause shown, it is

**HEREBY ORDERED** as follows:

1. The Motions shall be and are held in abeyance until otherwise ordered by this Court.

2. After the COA engages in other or further discovery with the Debtors, and/or other persons or entities (besides SEHAL), in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and as authorized by this Court, then the COA and/or SEHAL may request that the Motions come back before the Court for a further hearing, following reasonable notice.

3. Subject to Paragraph No. 2 of this Order, the COA and/or SEHAL may request that the Motions come back before the Court for a further hearing by sending an email message

requesting a further hearing to Judge Lisa Ritchey Craig's Courtroom Deputy Clerk, Christy Lee at Christy_Lee@ganb.uscourts.gov, with a copy of such email to counsel for the other party, counsel for the Debtors, and counsel for the Office of the United States Trustee, and the requesting party shall serve a notice of hearing on counsel for the other party, counsel for the Debtors, and counsel for the Office of the United States Trustee.

4. This Order shall remain in full force and effect until cancelled or otherwise modified by order of this Court.

**[End of Order]**

Prepared And Presented By:

**MILLER & MARTIN PLLC**

*/s/Paul M. Alexander*
William A. DuPré, IV
Georgia Bar No. 234882
Bill.DuPre@millermartin.com
Paul M. Alexander
Georgia Bar No. 009003
Paul.Alexander@millermartin.com
1180 West Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia 30309
(404) 962-6100
(404) 962-6300 (Facsimile)

*Attorneys for SEHAL III, LLC*

## Distribution List

William A. DuPré, IV
Paul M. Alexander
Miller & Martin PLLC
1180 West Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia 30309

Jon David W. Huffman
Scott B. McMahan
Timothy J. Guilmette
Poole Huffman, LLC
315 West Ponce de Leon Avenue, Suite 344
Decatur, GA 30030

WC Prime Investors, LLC
675 Ponce de Leon Avenue
#8500
Atlanta, GA 30308

Worthington Georgia Holdings, LLC
675 Ponce de Leon Avenue
#8500
Atlanta, GA 30308

Will B. Geer
Wiggam & Geer, LLC
Suite 225
333 Sandy Springs Circle, NE
Atlanta, GA 30328

Lindsay P. S. Kolba
Office of the U.S. Trustee
Suite 362
75 Ted Turner Drive, S.W.
Atlanta, GA 30303