**IT IS ORDERED as set forth below:**

**Date: August 18, 2018**



_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | CHAPTER 11 |
| WC PRIME INVESTORS, LLC, | ) | Jointly Administered |
| and WORTHINGTON GEORGIA | ) | |
| HOLDINGS, LLC | ) | CASE NO.: 18-52904-lrc |
| | ) | |
| Debtors. | ) | CONTESTED MATTER |
| | ) | |

## SECOND INTERIM CONSENT ORDER REGARDING MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR RELIEF FROM STAY

On April 17, 2018, Worthington Condominium Association, Inc. (the "Association") filed its *Motion to Dismiss or Alternatively Motion for Relief from Stay* [Doc 56], ("Motion"). After a duly noticed hearing on said motion, held on July 13, 2018, Debtors Worthington Georgia Holdings, LLC ("WGH") and WC Prime Investors, LLC ("WCP") and the Association (collectively, WCP, WGH,

and the Association referred to as the "Parties") reached a temporary agreement regarding a payment to the Association, pursuant the terms in this Court's prior Order [Doc. 115]. On August 14, 2018, the Parties participated in mediation, but were unable to reach a resolution due to time constraints. The Parties desire to continue mediation efforts and have reached an agreement regarding a payment to the Association, and have agreed to continue mediation on September 10, 2018.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Debtors shall collectively pay to the Association the sum of Seven Thousand Five Hundred Dollars ($7,500.00) on or before September 5, 2018. The payment of the above amount does not constitute a determination or admission as to any issue in the pending Motion. This Order shall in no way prejudice either the Debtors' or the Association's rights with respect to the Motion. If Debtors fail to pay the above stated payment, on or before September 5, 2018, the Association, upon motion, may move for an order of contempt for breach of this Order.

-END OF DOCUMENT-

Consented to, and submitted by:

/s/ *Timothy J. Guilmette*
Jon David W. Huffman
Georgia Bar No. 937966
Timothy J. Guilmette
Georgia Bar No. 624309
315 W. Ponce de Leon Ave.
Suite 344
Decatur, GA 30030
(404) 373-4008
jondavid@poolehuffman.com
tim@poolehuffman.com

*Attorneys for Worthington Condominium Association, Inc.*

Consented to by:

/s/ *Will B. Geer* (With Express Permission)
Will B. Geer
Georgia Bar No. 940493
333 Sandy Springs Circle, NE
Suite 225
Atlanta, GA 30328
(P) 678-587-8740
(F) 404-287-2767
wgeer@wiggamgeer.com

*Attorney for Debtors*

## DISTRIBUTION LIST

| | | |
|---|---|---|
| Shawn D. Stafford, Esq.<br>Neel, Robinson & Stafford, LLC<br>5555 Glenridge Connector<br>Suite 400<br>Atlanta, Georgia 30342<br>*Attorney for SEHAL III, LLC* | Office of the U.S. Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 | Baldwin Crest Group, LLC<br>570 Piedmont Ave, NE<br>Atlanta, GA 30308 |
| Braintree Holdings 26, LLC<br>675 Ponce de Leon, Ave, NE<br>Suite 8500<br>Atlanta, GA 30308 | Cobb County Tax Commissioner<br>736 Whitlock Ave<br>Marietta, GA 30064 | Edward F. Preston, Esq.<br>Coleman Talley, LP<br>3475 Lenox Rd, NE, Ste. 400<br>Atlanta, GA 30326 |
| Georgia Department of Revenue<br>Compliance Division, ARCS<br>Bankruptcy<br>1800 Century Blvd, NE, Ste. 9100<br>Atlanta, GA 30345 | Internal Revenue Service<br>COI<br>P.O. Box 7346<br>Philadelphia, PA 19104 | Ken Blankenship<br>6207 Costa Lanier Ln<br>Flowery Branch, GA 30542 |
| Lindsay P. S. Kolba, Esq.<br>Office of U.S. Trustee, Ste. 362<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303 | Daniel M. McDermott<br>United States Trustee, Ste. 362<br>75 Ted Turner Dr., S.W.<br>Atlanta, GA 30303 | Sam Lloyd<br>675 Ponce de Leon Ave., NE<br>Suite 8500<br>Atlanta, GA 30308 |
| Secretary of the Treasury<br>15th & Pennsylvania Ave., NW<br>Washington, DC 20200 | Sehal III, LLC<br>1718 Peachtree St., NW, Ste. 276<br>Atlanta, GA 30309 | ServPro<br>3850 Canton Rd., Ste. 3114<br>Marietta, GA 30066 |
| U.S. Securities and Exchange<br>Commission<br>Office of Reorganization, Ste. 900<br>950 East Paces Ferry Rd, NE<br>Atlanta, GA 30326 | Venture South Development II, LLC<br>4485 Tench Rd., SE, Ste. 1220<br>Suwanee, GA 30024 | Veritext Corp.<br>c/o Corp. Service Company<br>0 Technology PKWY South<br>#300<br>Norcross, GA 30092 |
| WH2, Inc.<br>1960 Spectrum Circle, Unit 100<br>Marietta, GA 30067 | Worthington Georgia Holdings, LLC<br>1960 Spectrum Circle, Unit 100<br>Marietta, GA 30067 | Georgia Department of Revenue<br>Bankruptcy Section<br>P.O. Box 161108<br>Atlanta, GA 30321 |
| Tania Trumble, Esq.<br>McLain Merritt<br>3445 Peachtree Rd.<br>Suite 500<br>Atlanta, GA | Jeff Golomb, Esq.<br>Gomez & Golomb, LLC<br>270 Carpenter Dr.<br>Suite 200<br>Atlanta, GA 30328 | WC Prime Investors, LLC<br>1960 Spectrum Circle, Unit 100<br>Marietta, GA 30067 |

| Paul M. Alexander, Esq.<br>William A. DuPrè, IV, Esq.<br>Miller & Martin, PLLC<br>1180 West Peachtree St NW,<br>Suite 2100<br>Atlanta, GA 30309 | Heather D. Brown, Esq.<br>Brown Law, LLC<br>138 Bulloch Avenue<br>Roswell, Georgia 30075 | Will B. Geer, Esq.<br>Wiggam & Geer, LLC<br>333 Sandy Springs Circle, NE<br>Suite 225<br>Atlanta, Georgia 30328 |
|---|---|---|