**IT IS ORDERED as set forth below:**



**Date: September 28, 2018**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | Jointly Administered |
| WC Prime Investors, LLC and Worthington | ) | |
| Georgia Holdings, LLC, | ) | CASE NO. 18-52904-lrc |
| | ) | CASE NO. 18-52907-lrc |
| Debtors. | ) | |

## ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Worthington Condominium Association, Inc.'s (the "COA") Motion to Dismiss or Alternatively Motion for Relief from Stay [Docket No. 56], as affected by the COA's Amended Motion to Dismiss or Alternatively Motion for Relief from Stay [Docket No. 123] (collectively, the "Motion").

Following proper and adequate notice to parties in interest, a hearing on the Motion was held on September 26, 2018. Jon David Huffman and Tim Guilmette appeared on behalf of the COA. Paul Alexander appeared on behalf of Sehal III, LLC ("SEHAL"). Heather Brown appeared on behalf of Tax Relief Investments, L.P., WH2, Inc., Stuart Sylvester, and Eric Reeves. Will Geer appeared on behalf of the Debtors, WC Prime Investors, LLC ("WC Prime") and Worthington Georgia Holdings, LLC ("WGH").

At the hearing, the COA requested Debtors' bankruptcy cases be converted to Chapter 7. SEHAL and the Debtors requested that the cases be dismissed; provided that SEHAL and the Debtors agreed and requested that SEHAL's Motion for Entry of Consent Order Terminating the Automatic Stay [Docket No. 132] be granted, in the event that dismissal will not be effective immediately. After considering the record evidence, the evidence and testimony presented at the hearing, and the arguments of counsel, this Court stated its findings of fact and conclusions of law pursuant to Fed. Bank. Rule 7052. The Court provided that the Debtors above-styled cases shall be dismissed as follows:

**IT IS HEREBY ORDERED** that the Debtors shall reserve the following amounts from its October 2018 rental income: $4,976.75 for property taxes; $1,353.72 for property insurance premiums; $1,300 for United States Trustees Fees, and $4,900 for property management fees (collectively, the "Reservation Expenses"). The Debtors shall turnover to the COA any net proceeds of its October rental income remaining after withholding of the Reservation Expenses; and **IT IS FURTHER**

**ORDERED THAT** the Debtors' above-styled bankruptcy cases shall be dismissed pursuant to 11 U.S.C. § 1112(b)(1), to be effective automatically **on November 7, 2018**, without further notice or hearing.

- END OF DOCUMENT -

**(Attorney Signature Appears On Following Page)**

Prepared and submitted by:
/s/ Will B. Geer
Will B. Geer
Georgia Bar No. 940493
333 Sandy Springs Circle, NE, Suite 225
Atlanta, Georgia 30328
wgeer@wiggamgeer.com
678-587-8740

Identification of Parties to be Served Pursuant to BLR 9013-2(b) NDGa:

Will Geer
333 Sandy Springs Circle, NE
Suite 225
Atlanta, Georgia 30328

Office of the U.S. Trustee
362 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Baldwin Crest Group, LLC
570 Piedmont Ave NE
Atlanta, GA 30308

Braintree Holdings 26, LLC
675 Ponce De Leon Ave NE
Suite 8500
Atlanta, GA 30308

Cobb County Tax Commissioner
736 Whitlock Avenue
Marietta, GA 30064

Coleman Talley, LP
3475 Lenox Road, NE
Suite 400
Atlanta, GA 30326

Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321-0000

3

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

Poole Huffman
315 W. Ponce de Leon Ave. Suite 344
Decatur, GA 30030

Sam Lloyd
675 Ponce De Leon Ave NE,
Suite 8500
Atlanta, GA 30308

ServPro of East Cobb
3850 Canton Road
Suite 3114
Marietta, GA 30066

Venture South Development II, LLC
4485 Tench Road, SE
Suite 1220
Suwanee, GA 30024

Veritext Corporation
c/o CORPORATION SERVICE COMPANY
0 TECHNOLOGY PKWY SOUTH #300
Norcross, GA 30092

Worthington Condominium Assoc., Inc.
2555 Westside Parkway, Suite 600
Alpharetta, GA 30004

Jeff Golomb
270 Carpenter Drive, Suite 200
Atlanta, GA 30328

Paul M. Alexander, Esq.
Miller & Martin PLLC
1180 West Peachtree St NW, Suite 2100
Atlanta, GA 30309

Heather D. Brown
Brown Law, LLC
138 Bulloch Avenue
Roswell, Georgia 30075